**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CHERYL ANGESKI** | : | CASE NO. |
| *Plaintiff* | : | |
| | : | 3:23-CV-00821-AWT |
| V. | : | |
| | : | |
| **NIELSEN COMPANY (US), LLC** | : | |
| *Defendant* | : | JULY 28, 2023 |

**JURY DEMAND**

Plaintiff, Cheryl Angeski, pursuant to Rule 38 of the Federal Rules of Civil Procedure, hereby demands a jury trial.

> PLAINTIFF,
> CHERYL ANGESKI
>
> BY:_____
> Matthew D. Paradisi (CT29915)
> Cicchiello & Cicchiello, LLP
> 364 Franklin Avenue
> Hartford, CT 06114
> Phone: 860-296-3457
> Fax: 860-296-0676
> Email: mparadisi@cicchielloesq.com

1

**CERTIFICATION**

  I hereby certify that on July 28, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:_____
Matthew D. Paradisi, Esq. (CT29915)