**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **CHERYL ANGESKI** <br> *Plaintiff* <br><br> V. <br><br> **NIELSEN COMPANY (US), LLC** <br> *Defendant* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO. <br><br> 3:23-CV-00821-AWT <br><br><br> APRIL 25, 2024 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

PLAINTIFF,
CHERYL ANGESKI

BY: */s/ Matthew D. Paradisi*
Matthew D. Paradisi (CT29915)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
Email: mparadisi@cicchielloesq.com

DEFENDANT,
NIELSEN COMPANY (US), LLC

BY: */s/ William C. Ruggiero*
William C. Ruggiero (CT29248)
Ogletree Deakins Nash, Smoak & Stewart P.C.
281 Tresser Boulevart, Suite 602
Stamford, CT 06901
Phone: 203-969-31112
Fax: 203-969-3150
Email: will.ruggiero@ogletree.com

## **CERTIFICATION**

    I hereby certify that on April 25, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. This filing is accessible through the CM/ECF System.

BY: */s/ Matthew D. Paradisi*
Matthew D. Paradisi, Esq. (CT29915)